# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10212
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
August 29, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Humberto Rodriguez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-652-1

_____

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Luis Humberto Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rodriguez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10212

well as Rodriguez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.